MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

*RECEIVED 10 MAR 10 AM 9:19 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

*# 19023 3-10-10 R.E.*

Debtor: Michael Modares and Maryam Modares
Chapter 7 Case No. 09-41005

Please Check One:
__ Unclaimed Dividends
X  Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| City of Edina<br>4801 W 50th St<br>Edina, MN 55424-1330 | 1 | $97.43 | $0.32 |
| Red River Collections<br>1644 Tom Williams Dr Ste C<br>Fargo ND 58104 | 2 | $325.64 | $1.06 |
| Fairview Financial Services<br>400 Stinson Blvd NE<br>Minneapolis, MN 55413-2614 | 4 | $263.48 | $0.85 |
| Northern States Power Co<br>dba Xcel Energy<br>315 Commerce St<br>La Crosse, WI 54603 | 5 | $441.21 | $1.43 |
| Qwest<br>800 Main St<br>Grand Junction, CO 81501 | 10 | $254.97 | $0.83 |
| Healthspan Services<br>6160 Summit Ave Ste 420<br>Brooklyn Center MN 55430 | 12 | $1,299.76 | $4.21 |
| U S Bank NA<br>P O Box 5229<br>Cincinnati, OH 45201-5229 | 15 | $52.86 | $0.17 |
| US Bank NA<br>P O Box 5229<br>Cincinnati, OH 45201-5229 | 16 | $627.38 | $2.03 |

DATE: March 9, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

356179